# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00178-CV

**Freddie L. House, Appellant**

**v.**

**Clauklin, LLC and Jamodi, LLC, Appellees**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-13-000942, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Freddie L. House has filed a motion to dismiss his appeal, explaining that he and appellees have settled their dispute.  We grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed on Appellant's Motion

Filed:   May 3, 2013